**102**

■

Kathryn MENNEN, Sarah Mennen, Alexandra Mennen, Shawn Mennen and John Mennen, Plaintiffs Below–Appellants/Cross–Appellees,

v.

FIDUCIARY TRUST INTERNATIONAL OF DELAWARE, in its capacity as the individual trustee of the trust established by George S. Mennen for the benefit of George Jeff Mennen, a Delaware trust, Defendant Below–Appellee,

v.

George Jeff Mennen, Defendant Below–Cross–Appellant.

No. 1, 2016

Supreme Court of Delaware.

Submitted: May 3, 2017

Decided: June 21, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 8432

AFFIRMED.

■

Leroy SHELLEY, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 136, 2017

Supreme Court of Delaware.

Submitted: May 8, 2017
Decided: June 21, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 9804001318 (N)

AFFIRMED.

■

Fred HUFFMAN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 188, 2017

Supreme Court of Delaware.

Submitted: May 8, 2017
Decided: June 21, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1112004258 (N)

AFFIRMED.